# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RICHIE ALEXANDER, | ) | CASE NO. 1:17-CV-1422 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| CONCORD HOSPITALITY ENTERPRISES COMPANY, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For all of the reasons set forth in the contemporaneously filed Memorandum Opinion, the Court approves the parties' settlement of all of plaintiff's claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*., and state law, as it represents a fair and reasonable resolution of bona fide disputes. All claims in this lawsuit are dismissed with prejudice, with each party to bear costs, expenses, and fees as per the terms of the settlement. The Court retains jurisdiction of this action for the purpose of enforcing the settlement. There being no just reason for delay, the Court orders the Clerk to enter this Judgment Entry immediately. This case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: August 8, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**